English | en Español

## U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# ATF MOST WANTED
Fugitive May Be Armed And Dangerous. Do Not Attempt To Apprehend.
### 24-hour telephone: 1-888-ATF-TIPS

## Michael Duane Strain



**Aliases:** Michael D Strain

**Offense:** Felon in Possession of a Firearm

**Remarks:**

Michael Duane Strain is wanted by ATF's Kansas City Field Division on an outstanding warrant. Strain is charged with two counts of being a Felon in possession of a firearm. Strain may be hiding in Minnesota. CAUTION – Strain should be considered armed and dangerous. Strain has previous convictions for flight from law enforcement and possession of an explosive device.

**Race:** White
**Sex:** Male
**Height:** 5' 6"
**Weight:** 200lbs

**Nationality:** USA
**ATF Case Number:** 778030-01-0318
**State ID Number:** OR16225632
**FBI Number:** 367857MB8

**Hair:** Brown
**Eyes:** Hazel
**Date of Birth:** December 20, 1956
**Place of Birth:** Iowa
**Scars, Marks, Tattoos:** None

**NIC Number:** W955479119
**Federal Warrant Number:** 122912010130J
**Location:** Northern District of Iowa
**State:** Iowa

To Provide Information Please Call 1-888-283-8477. All calls will be kept confidential.

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v | ) | |
| MICHAEL DUANE STRAIN | ) | Case No CR 11-2039 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

    YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL DUANE STRAIN ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of firearm as a felon, in violation of Title 18, United States Code, Section 922(g)(1) ; and possession of firearms as a felon, in violation of Title 18, United States Code, Section 922(g)(1)

Date: October 19, 2011

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Jon Stuart Scoles, US Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ <br><br> Date: _____ <br><br><br> *Arresting officer's signature* <br><br><br> *Printed name and title* |