Executed on 7/5/19
@ 1610 Hrs. gnk

AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**
JUL 09 2019
Clerk, U.S. Courts
District Of Montana
Billings Division

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ-~~5~~-57-BLG-TJC
 )
Residence and Steel Storage building of Michael )
Duane Strain, 3569 Reno Creek Rd. Crow Agency, MT. )
Lat. 45°29'38.1"N. Long. 107°19'32.2"W )

### SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _Billings Division_ District of _Montana_
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporatated by reference;

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                      *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Timothy J. Cavan_____.
           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7-5-19  2:19 p.m.

_____
*Judge's signature*

City and state:  Billings, Montana        U.S. Magistrate Judge Timothy J. Cavan
                                          *Printed name and title*

## Return — Receipt left at residence

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ-19-57-BLG-TJC | 07/05/2019 4:10 pm | Inside residence |

*Inventory made in the presence of:*
SA J Korth, TFO S. Feuerstein

*Inventory of the property taken and name of any person(s) seized:*

Items seized from STRAIN residence.

1. Ruger, model 10/22, .22 caliber semi-auto rifle, S/N 350-70061.
2. H&R, model UNK, .308 caliber break action rifle, S/N CBA074738.
3. Benelli, model Urbino, 12 gauge pump action shotgun, S/N Z007447.
4. Remington, model 870, 12 gauge pump action S/N unknown.
5. Mossberg, model 640T, .22 magnum bolt action rifle, S/N 985858.
6. Star, model 213, 9mm calber semi-auto pistol, S/N 8626746.
7. Weatherby, model Vanguard, .300 WSM bolt action rifle, S/N VS323954.
8. Unknown Bolt action rifle, .30-30 caliber.
9. Ruger, model New Model Black Hawk, .357 caliber revolver, S/N 34-17152.
10. Ruger, model P90 DC, .45 ACP caliber semi-auto pistol, S/N 662-14027.
11. Ruger, model Police Carbine, .40 caliber semi-auto rifle, S/N 480-00347.
12. Ruger, model Red Hawk, .45 LC revolver, S/N 50318693.
13. Ruger, model New Model Black Hawk, .45 ACP & .45LC revolver, S/N 48-55978.
14. Ruger, model 22-45 Target, .22 caliber semi-auto pistol, S/N 228-92869.
15. United States Arms, UNK midel, .44 magnum caliber revolver, S/N 51-006567.
16. SAR Artms, model SAR B6P, 9mm caliber semi-auto pistol, S/N T110216E02734.
17. Springfield, model XD40, .40 S&W caliber semi-auto pistol, S/NMG358485.
18. S&W, model 22a-1, .22 caliber semi-auto pistol, S/N UCR5309.
19. Ruger, model New Model single six, .22 caliber revolver, S/N 263-68531.
20. 22 large containers of various caliber ammunition.
21. large bag of misc. firearms magazines and accessories.

Items seized from plain view in White Horse trailer.
1. Savage, model Axis, .308 caliber bolt action rifle, S/N J653271.
2. 1- milk box containing multiple .308 rounds of ammunition.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/5/19

_____
Executing officer's signature

_____
Printed name and title

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| *Return* | | |
|---|---|---|
| Case No.: <br> MJ-19-57-BLG-TJC | Date and time warrant executed: <br> 07/05/2019 4:10 pm | Copy of warrant and inventory left with: <br> Inside residence |
| Inventory made in the presence of : <br> SA J. Korth, TFO S. Feuerstein | | |

*Inventory of the property taken and name of any person(s) seized:*

Items seized from STRAIN residence.

1. Ruger, model 10/22, .22 caliber semi-auto rifle, S/N 350-70061.
2. H&R, model Handi-rifle, .308 caliber break action rifle, S/N CBA074738.
3. Benelli, model Nova, 12 gauge pump action shotgun, S/N Z007447.
4. Remington, model 870, 12 gauge pump action S/N C944118A.
5. Mossberg, model 640T, .22 magnum bolt action rifle, S/N 985858.
6. Star, model 213, 9mm caliber semi-auto pistol, S/N 8626746.
7. Weatherby, model Vanguard, .300 WSM bolt action rifle, S/N VS323954.
8. Savage Arms, model 325-C bolt action rifle, .30-30 WIN caliber, S/N None.
9. Ruger, model New Model Black Hawk, .357 caliber revolver, S/N 34-17152.
10. Ruger, model P90 DC, .45 ACP caliber semi-auto pistol, S/N 662-14027.
11. Ruger, model Police Carbine (PC4) .40 caliber semi-auto rifle, S/N 480-00347.
12. Ruger, model Red Hawk, .44 magnum caliber revolver, S/N 503-18693.
13. Ruger, model New Model Black Hawk, .45 ACP & .45LC revolver, S/N 48-55978.
14. Ruger, model 22-45 Target, .22 caliber semi-auto pistol, S/N 228-92869.
15. United States Arms, model Abilene, .44 magnum caliber revolver, S/N 51-006567.
16. SAR Artms, model SAR B6P, 9mm caliber semi-auto pistol, S/N T110216E02734.
17. HS Produkt (Springfield), model XD40, .40 S&W caliber semi-auto pistol, S/N MG358485.
18. S&W, model 22A-1, .22 caliber semi-auto pistol, S/N UCR5309.
19. Ruger, model New Model single six, .22 caliber revolver, S/N 263-68531.
20. 14,082 (approximatley) rounds of various caliber ammunition.
21. 46 firearms magazines and 6 revolver speed loaders.

Items seized from plain view in White Horse trailer.
1. Savage, model Axis, .308 caliber bolt action rifle, S/N J653271.
2. 1- milk box containing multiple .308 rounds of ammunition.

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/8/19

*Executing officer's signature*

Stephen V. FEUERSTEIN
*Printed name and title*

## Attachment A

Residence and Steel Storage building of Michael Duane Strain, 3569 Reno Creek Rd. Crow Agency, Montana. Lat. 45°29'38.1"N. Long. 107°19'32.2"W. The residence is a single story residence situated on the north side of Reno Creek Road, on the property with the main address of 3569 Reno Creek Road, Crow Agency, Montana. The residence that Michael Duane STRAIN has occupied for 6+ years is located on a private ranch road and appears to be the furthest residence to the north west of the ranch property with a Quonset style steel storage building situated to the north west of the residence. The residence is constructed of wood with what appears to be a wood or board siding, light blueish/grey in color, with white trim and grey asphalt shingles on the roof. The residence has been confirmed as the residence occupied by Michael Duane STRAIN by the owner of the ranch property for the past 6+ years.



1



2





4

## *ATTACHMENT B*

## *DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED*

### *FIREARMS*

Any firearms to include rifles, shotguns, pistols, revolvers, and any weapons made from the aforementioned firearms, which will or are designed to or may readily be converted to expel a projectile by the action of an explosive; any firearm muffler or silencer; any destructive device (to include any explosive, incendiary or poison gas, any type of firearm that has any barrel with a bore of more than one-half inch in diameter, and any combination of parts either designed or intended for use in converting any device into any destructive device).

Other items pertaining to the possession of firearms, including gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all items.

### *RECORDS/DOCUMENTS*

The following records or documents whether contained on paper in handwritten, typed, photocopied or printed form.

Description of Particular Records/Documents:

1. ***Indicia of Control of the Premises***

    Records that establish the person(s) who have control, possession, custody or dominion over the property searched and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, rent receipts, payment receipts, financial documents, and/or leases.

1